**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Christopher Ramos TAONG,
Defendant—Appellant.**

No. 05–30051.

United States Court of Appeals,
Ninth Circuit.

Nov. 8, 2005.*

Nov. 15, 2005.

Jo Ann Farrington, Esq., Office of the U.S. Attorney, Anchorage, AK, for Plaintiff–Appellee.

Kevin F. McCoy, Esq., Federal Public Defender's Office, Anchorage, AK, for Defendant–Appellant.

Before: WALLACE, LEAVY, and BERZON, Circuit Judges.

MEMORANDUM **

Christopher Taong appeals the sentence imposed following his guilty plea to being a felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1). The district court imposed the sentence after the Supreme Court issued its decision in *United States v. Booker*, —— U.S. ——, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005). Taong contends that the district court violated *ex post facto* principles inherent in the fair notice component of the Due Process Clause by applying the *Booker* remedial majority opinion to increase, based on judicial fact-finding, the sentence for an offense that occurred before *Booker*. This contention is foreclosed by *United States v. Dupas,* 419 F.3d 916, 919–921 (9th Cir. 2005) (holding that retroactive application of *Booker* remedial opinion did not violate *ex post facto* principle of fair warning incorporated into Due Process Clause).

AFFIRMED.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.